Justin T. O'Quinn
Name

141 W. Elm

Wichita, KS 67203
Address

FILED
MAY 04 2023
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Justin O'Quinn, Plantiff
(Full Name)

v.

Laura Kelly, Defendant(s)
Derek Schmidt, Joel Hrabe

CASE NO. 23-3117-JWL
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Justin Tyler O'Quinn (Plaintiff), is a citizen of Kansas (State) who presently resides at Sedgwick County Detention Facility (Mailing address or place of confinement.)

2) Defendant Laura Kelly (Name of first defendant) is a citizen of Topeka, Kansas (City, State), and is employed as Governor of Kansas (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

Relevant to this action was the acting Governor of the state of Kansas.

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983          1

3) Defendant **Derek Schmidt** (Name of second defendant) is a citizen of **Topeka, Kansas** (City, state), and is employed as **Attorney General of Kansas** (Position and title, if any). At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

Relevant to this action, he was the acting Attorney General of the State of Kansas.

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

B.  NATURE OF THE CASE

1) Briefly state the background of your case:

On 02/02/2016 I was arrested for violating the Kansas Offender Registration Act. I was then sentenced on 02/01/2017 to 24 months in prison. Upon arriving at KDOC in 03/2017 I was revoked for 1 year and was notified my 24 month sentence would commence October 1, 2018. In June 2019 I raised an issue about the jail credit that was not applied to my sentence and I continued to address this issue that has been neglected to be resolved as well as the 208 days between 03/2018 to 10/01/2018.

Defendant __Joel Hrabe__ (Name of Third defendant) is a citizen of __Norton, Kansas__, and is employed as (Warden) of Norton Correctional Facility. At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of state law? ☒ Yes ☐ No. If your answer is "yes", Briefly explain:

Relevant to this action, he was the acting Warden of Norton Correctional Facility, PO Box 546 Norton, KS 67654.

C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: My 5th, 8th, 9th Amendment rights were violated due to the time I was awarded was never put into effect.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.): The time that was awarded was neglected to be applied to my sentence which resulted in a detention beyond my latest release date.

B) (1) Count II: Wrongful Incarceration

(2) Supporting Facts: KDOC failed to release me on my scheduled release date due to the jail credit that was awarded to me but was never applied.

C) (1) Count III: <u>Cruel and Unusual Punishment</u>

  <u>                                          </u>

  <u>                                          </u>

  (2) Supporting Facts: <u>I was subjected to Cruel &</u>
  <u>Unusual Punishment at the hands of the</u>
  <u>State and held captive beyond my</u>
  <u>latest possible release date.</u>

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   b) Name of court and docket number _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   d) Issues raised _____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☒. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_____

_____

_____

_____

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

I am requesting $15,000,000 from the following defendants Laura Kelly and Derek Schmidt and an additional $5,000,000 from Joel Hrabe.

_____    _____
Signature of Attorney (if any)        Signature of Plaintiff

_____

_____
(Attorney's full address and telephone number)

5

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983