Sedgwick County Public Defender
604 N. Main Street, Suite D
Wichita, Kansas 67203-3695



KANSAS STATE BOARD OF INDIGENTS' DEFENSE SERVICES

Phone: 316-264-8700
FAX: 316-264-5339
http://www.sbids.org

Sonya Strickland, Chief Public Defender
Bach Hang, Deputy Public Defender
Bonnie Corrado, Deputy Public Defender

JUSTIN T O'QUINN
Sedgwick County Jail  141 West Elm
Wichita  KS  67203

Court Case Number:   22CR1985
Attorney:   Houston Bales

You are scheduled for a court appearance on the date and time below.

| | |
|---|---|
| Date: | 1/9/2023 |
| Time: | 10:45 AM |
| Hearing: | PH |
| Division: | SEDGWICK COUNTY     PITTMAN |

If you have not discussed this action with your attorney, please do so prior to this date.

Please be advised that you will be required to pass through metal detectors and empty your pockets upon entering the courthouse.

1/4/2023
Office Case Number:    22-964