Correctional Facility: S.C.A.D.F.
Inmate Name: Justin OQuinn #144840
Address: 141 W. Elm
City/State/Zip: Wichita, Ks 67203

WICHITA KS 670
2 MAY 2023 PM 3 L



RECEIVED
MAY 04 2023
CLERK U.S. DIST. COURT
TOPEKA, KANSAS

Skyler B. O'hara
clerk of court
United States District Court
444 S.E. Quincy
Topeka, Kansas
66683