IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Justin Tyler O'Quinn

Plaintiff(s),

v.

Laura Kelly Derek Schmidt

Defendant(s).

Case No. 23-3117-JWL

## MOTION FOR APPOINTMENT OF COUNSEL
## AND DECLARATION OF GOOD FAITH EFFORTS TO OBTAIN COUNSEL

I, Justin T. O'Quinn, ask the court to appoint counsel, i.e. an attorney to represent me in this case. I understand that any false statements in this motion will subject me to penalties of perjury.

I understand that in civil cases, there is no constitutional right to an appointed attorney. While the court may appoint an attorney to represent me, it does so only in rare cases. I understand that if the court does not appoint an attorney, I must be prepared to represent myself going forward in this case.

I understand that in deciding whether to appoint an attorney, the court will consider a variety of factors, including but not limited to the following: (1) the merits of my claims; (2) the nature and complexity of factual and legal issues raised in the claims; (3) my ability to present the claims; (4) my financial ability to pay an attorney; and (5) my diligence in attempting to secure an attorney.

I understand that with regard to the fifth factor, I must show that I have made a reasonably

diligent effort under the circumstances to obtain an attorney to represent me. I understand that the court's <u>Pro Se Guide</u> (pages 26-27) suggests possible ways to find an attorney and/or obtain legal advice.

I understand that the court typically requires that before seeking an appointed attorney, a plaintiff <u>confer with</u> (not merely contact) at least five attorneys regarding legal representation. Below is a list of the attorneys that I have contacted, a detailed description of the efforts that I made to obtain representation, and the responses that I received:

(1) Name of Attorney Larry Wall
    Firm Name Larry Wall Trial Law
    Address 121 S. Whittier St. Wichita, KS 67207
    Date(s) of Contact 03/20/2023
    Method of Contact Phone
    Response Received Doesn't practice Wrongful Incarceration,

(2) Name of Attorney N/A
    Firm Name Shultz Law Office
    Address 445 N. Waco Wichita, KS 67202
    Date(s) of Contact 03/20/2023
    Method of Contact Phone
    Response Received was reff referred to Kansas Bar Association,

(3) Name of Attorney Robert Dean Wiechman Jr.
    Firm Name N/A
    Address 727 N. Waco Suite #278 Wichita, KS 67203
    Date(s) of Contact 03/20/2023
    Method of Contact Phone
    Response Received I was referred to Shultz Law Office,

4) Name of Attorney Bradley Truman Steen
Firm Name N/A
Address 102 E. 2nd St. Ellsworth, KS 67439
Date(s) of Contact 03/20/2023
Method of Contact Phone
Response Received Does not practice Civil cases.

(5) Name of Attorney Robert J. Moody
Firm Name N/A
Address
Date(s) of Contact
Method of Contact
Response Received

(6) Name of Attorney Fleeson, Gooing, Coulson, Kitch, LLC
Firm Name 1900 Epic Center
Address 301 N. Main St. Wichita, KS 67202
Date(s) of Contact 03/20/2023
Method of Contact Phone
Response Received They're not taking my kind of case.

*(attach additional sheets, if necessary)*

I understand that I am required to establish that I am financially unable to retain my own attorney.

I have already completed and filed an Affidavit of Financial Status.

Yes ☐  No ☒

OR

I have completed and am now filing an Affidavit of Financial Status along with this motion.

Yes ☒  No ☐

In addition to the foregoing, I believe that the court should consider the following additional information:

_____

_____

*(attach additional sheets, if necessary)*

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/26/2023.
        (Date)

_____
Signature of Plaintiff

Justin O'Quinn
Name (print or type)

141 W. Elm
Address

Wichita    KS    67203
City    State    Zip Code

_____
Telephone Number

_____
E-Mail Address

CERTIFICATE OF SERVICE

(For Pro Se Filers Who Are Not Registered Electronic Users)

I hereby certify that on 05/01/2023, I served the foregoing document by depositing a true and
(Date)
correct copy of the document in the U.S. Mail, postage prepaid, addressed to the following:

*[for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

s/ _____
Name _____
Address _____

Phone Number _____
Email Address _____