06/11/2023

To whom it may concern,
I Justin T. O'Quinn am writing to you in regards of case #23-3117-JWL O'Quinn V. Kelly, To notify the Courts of my updated housing location is now El Dorado Correctional Facility P.O. Box 311 El Dorado, Ks 67042, And is no longer S.C.A.D.F. 141 W. Elm, Wichita, Ks 67203, I would like to be notified of any changes or updates in regards to the case #23-3117-JWL O'Quinn V. Kelly case at your earliest convienance please.

Thank you for your time in regards Involving this matter, Please send any and all mail in regards to this case to: Justin T. O'Quinn #104815
Eldorado Correctional Facility
P.O. Box 311, El Dorado, Ks 67042



# The Appellate Courts of Kansas

Douglas T. Shima, *Clerk*
Anthony T. Bukaty, *Chief Deputy Clerk*

KANSAS JUDICIAL CENTER
301 S.W. 10th Ave.
Topeka, Kansas 66612-1507

Area Code 785
Telephone 296-3229
Fax 296-1028

June 15, 2023

United States District Court
Attn: Clerk of the Court
Frank Carlson Federal Building
444 S.E. Quincy, Suite 490
Topeka, KS 66683

RE: Address change: Justin O'Quinn

Dear Skyler:

Hope your summer is going well. This office received on June 14, 2023, the enclosed materials which appear to relate to the filing of a civil action in United States District Court. The documents were addressed by the sender to "Appellate Courts of Kansas" however it relates to a US District Court case number. We are unable to file this material as no appeal is found for this individual.

Take care,

Douglas T. Shima
Clerk of the Appellate Courts

Enclosures – O'Quinn Documents

677-10 

**The Supreme Court of Kansas**

KANSAS JUDICIAL CENTER
301 S.W. 10TH AVE.
TOPEKA, KANSAS 66612-1507

RECEIVED

JUN 20 2023

CLERK U.S. DIST. COURT
TOPEKA, KANSAS



quadient
06/16/2023
US POSTAGE $000.50

FIRST-CLASS MAIL
AUTO

ZIP 66606
041M12254508

United States District Court
Attn: Clerk of the Court
Frank Carlson Federal Building
444 SE Quincy STE 490
Topeka, KS 66683

EVD-SAB 66683