Clerk, U.S. District Court
444 S.E. Quincy, Room 490
Topeka, KS 66683

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**FILED**

JUN 30 2023

Clerk, U.S. District Court
By: _____ Deputy Clerk

23-3117-JWL AE 6

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 5352    WICHITA KS
POSTAGE WILL BE PAID BY ADDRESSEE

ATTN: Justin Tyler O'Quinn
SEDGWICK COUNTY DETENTION FACILITY
DETENTION ADMINISTRATION
141 W ELM ST
WICHITA KS 67203-9800

RETURN TO SENDER
☑ No Longer In Custody
☐ Unreadable
☐ Further Info Required (M.I. or DOB)
☐ Stains/Lipstick/White-out
☐ Extraneous Writing/Marking on Envelope
☐ Unacceptable Items Within
☐ Materials Exceeding 1 Ounce

