To whom it may concern,
I am writing to you in regards to notify the court's of my change of address. I am now at Norton Correctional Facility P.O. Box 546 Norton, Ks 67654.
Thank you for your time in regards to this matter,

Justin Tyler O'Quinn #104815

07/04/2023