UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

JUSTIN TYLER O'QUINN    ]
PLAINTIFF               ]        CASE NO.  23-3117-JWL
V.                      ]
LAURA KELLY, et al.,    ]

```
UNITED STATES DISTRICT COURT
       DISTRICT OF KANSAS

JUSTIN TYLER O'QUINN    ]
PLAINTIFF               ]
V.                      ]        CASE NO.  23-3128-JWL
JEFF EASTER             ]
DEFENDANT               ]
```





**Court:** Sedgwick County District Court

**Case Number:** 2016-CR-000194-FE

**Case Title:** State of Kansas vs. Justin T O'Quinn

**Type:** Order to Amend the 2015 Journal Entry of Judgment

SO ORDERED.

/s/ Honorable Tyler J Roush, District Court Judge

Electronically signed on 2023-05-05 08:51:45     page 1 of 3



lag
**JUSTIN R. EDWARDS, #20010**
Assistant District Attorney
Sedgwick County Courthouse
Wichita, Kansas 67203
Tele: (316) 660-3600   Fax: (316) 660-3674
Email: justin.edwards@sedgwick.gov

## IN THE EIGHTEENTH JUDICIAL DISTRICT
## DISTRICT COURT, SEDGWICK COUNTY, KANSAS
## CRIMINAL DEPARTMENT

| | | |
|---|---|---|
| **THE STATE OF KANSAS,** | ) | |
| *Plaintiff,* | ) | Case No. 16CR194 |
| vs. | ) | |
| | ) | |
| **JUSTIN T. O'QUINN,** | ) | |
| *Defendant* | ) | Division No. 24 |

### ORDER TO AMEND THE 2015 JOURNAL ENTRY OF JUDGMENT

**NOW**, on this 3rd day of May, 2023, this matter comes on for further consideration upon the application of the State of Kansas, by and through its attorney, Justin R. Edwards, Assistant District Attorney, for an Order to Amend the 2015 Journal Entry of Judgment entered the 1st day of February, 2017.

**WHEREUPON**, the Court, having reviewed the file and being fully advised in the premises, finds that the journal entry should be and the same is hereby corrected to reflect *by the order of the Court Granting Jail Credit filed on 05/03/23, jail credit of 365 days from 02/02/16 to 02/01/17 shall be applied to this case pursuant to an appeal of a 60-1501 denial.*

**IT IS BY THE COURT SO ORDERED.**

The Judge's electronic signature approving this journal entry is affixed on page 1 of this document.

**APPROVED BY:**

<u>Approved via email (05/03/23) by</u>
JUSTIN R. EDWARDS, #20010
Assistant District Attorney
Date:  05/04/23