UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | | |
|---|---|---|
| JUSTIN TYLER O'QUINN | ] | |
| PLAINTIFF | ] | CASE NO. 23-3117-JWL |
| V. | ] | |
| LAURA KELLY, et al., | ] | |

UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | | |
|---|---|---|
| JUSTIN TYLER O'QUINN | ] | |
| PLAINTIFF | ] | |
| V. | ] | CASE NO. 23-3128-JWL |
| JEFF EASTER | ] | |
| DEFENDANT | ] | |

---





**Court:** Sedgwick County District Court

**Case Number:** 2016-CR-000194-FE

**Case Title:** State of Kansas vs. Justin T O'Quinn

**Type:** 2015 Journal Entry of Judgment

SO ORDERED.

/s/ Honorable, Ben Burgess, District Judge

Electronically signed on 2017-02-03 08:29:13    page 1 of 4

# IN THE EIGHTEENTH JUDICIAL DISTRICT COURT
# SEDGWICK COUNTY, KANSAS

## 2015 JOURNAL ENTRY OF JUDGMENT

### SECTION I. CASE IDENTIFYING INFORMATION

Transaction Number: 3087G1629006

STATE v. JUSTIN T. O'QUINN
SSN: XXX-XX-5617
ADDRESS: 2218 North Amarado Court
Wichita, KS 67205

☒ Male

Court O.R.I. Number: KS087025G

K.B.I. Number: 938654

| County | Court Case Number | Sentencing Judge | Sentencing Date |
|---|---|---|---|
| SEDGWICK | 16CR194 | BENJAMIN L. BURGESS | 02/01/17 |

**Defense Counsel:** ☒ Retained   Counsel Name: David P. Leon

**Type of Proceeding:** ☒ Guilty Plea

**Date of Conviction:** 12/29/16

**Pre-Trial Status of Offender:** ☒ In Custody

### SECTION II. CRIMINAL HISTORY CLASSIFICATION

Offender's Overall Criminal History Classification as Found by the Court: ☒ D

Objections to Criminal History? ☒ No

### SECTION III. CURRENT CONVICTION INFORMATION

**Name of PRIMARY Offense of Conviction:**
OFFENDER REGISTRATION VIOLATION

Count No.: 1   Date Of Offense: 12/01/15

**K.S.A. Title, Section, Subsection(s):** 22-4903 (a)(c)(1)(A) and 22-4905 (b)(1)

**Grade of Offense:** ☒ Felony, Severity Level 6   ☒ Person

**Offense Category:** ☒ Nondrug

**Presumptive Sentencing Range:**
Mid 34   High 36   Low 32
☒ Presumptive Prison
☒ Special Rule Applies

**SPECIAL RULE APPLICABLE:** ☒ Yes
☒ 46. Offender Registration Act Violation

THIS FORM MUST BE ACCOMPANIED BY A COPY OF THE PRESENTENCE INVESTIGATION FORM PURSUANT TO K.S.A. 22-3439 AND A DOCUMENT CONTAINING INFORMATION REQUIRED BY K.S.A 22-3426.

| SENTENCE IMPOSED: | | |
|---|---|---|
| **Guideline Range Imposed:** | ☒ Departure | |
| **Prison Term:** KDOC __24__ months | | ☒ Prison sentence imposed. |
| **Postrelease Supervision Term:** ☒ 24 months | | |

## SECTION IV. DEPARTURE INFORMATION

**Type of Departure:**   ☒ Downward Durational

**Reasons Cited As Basis for Departure:**
- Defendant is already on Lifetime Postrelease.
- Defendant has family support in community.
- This crime is non-violent in nature and no one in the community was harmed.

## SECTION V. OTHER CONDITIONS

**Costs Ordered:**

| | |
|---|---|
| Court Costs .................................................. $ | 195.00 |
| DNA Database Fee ....................................... $ | 200.00 |
| BIDS Application Fee .................................. $ | 100.00 |
| Booking/Fingerprint Fee ............................. $ | 33.00 |

## SECTION VI. RECAP OF SENTENCE

**Sentence Imposed:**

   Total Prison Term (if sentence imposed is to prison): __24__ months

**Good Time Credit:**

☒ For each count, the Court pronounced the complete sentence, including the maximum potential good time percentage. [K.S.A. 21-6804(e)(2) and 21-6805(c)(2)]
   ☒ 15%

**Postrelease Supervision Term:**   ☒ 24 months

**Incarceration Credit:**

| Location | | Dates in Custody | Number of Days | Awarded/Not Awarded |
|---|---|---|---|---|
| __J__ | Sedgwick County Jail | 02/02/16 to 02/01/17 | 365 | ☒ A |

Note: From 02/02/16 to 02/01/17 defendant was held on 16CR194 and KDOC warrant. If defendant has received credit for these dates in 11CR2794 then he is not eligible for duplicate credit for these dates in 16CR194.

Sentencing Date: __02/01/17__ - Total Number of Days of Jail Credit Actually Awarded __365__ = Sentence Begins Date: __02/02/16__

**Prior Case(s) to Which the Current Sentence is to Run Concurrent or Consecutive:**

Case No. __11CR2794__   County __Sedgwick County__   Sentence __32 months__   ☒ Consecutive

**Miscellaneous Provisions:**

- ☒ Defendant informed of right to appeal within 14 days of this date. K.S.A. 22-3608(c).
- ☒ Defendant informed of potential rights of expungement. K.S.A. 2012 Supp. 21-6614e.
- ☒ Defendant informed of the prohibition against possessing a weapon (firearm or knife). K.S.A. 21-6304.
- ☒ Defendant must submit specimens of blood or an oral or other biological sample, if not previously submitted, pursuant to K.S.A. 21-2511(c)
- ☒ Defendant has been processed, fingerprinted and palmprinted. K.S.A. 21-2501(b).
- ☒ Court remands defendant to custody of Sheriff to await transportation to the custody of the Secretary of Corrections.

## SECTION VII. SIGNATURES

The Judge's electronic signature approving this journal entry is affixed on page 1 of this document.

| Robert R. Short, II          February 2, 2017 | Approved via email 02/02/17 by          February 2, 2017 |
|---|---|
| **ROBERT R. SHORT, II, #20763**          **Date** | **DAVID P. LEON, #15221**          **Date** |
| **Assistant District Attorney** | **Attorney For Defendant** |
| Address: Sedgwick County Courthouse<br>535 North Main<br>Wichita, Kansas 67203 | Address: 1540 N. Broadway, Suite 101<br>Wichita, Kansas 67214 |
|  | Phone No.: (316) 264-2154 |
| Phone No.: (316) 660-3600 |  |