# 1 Bender's Federal Practice Forms Form No. 6:20

Bender's Federal Practice Forms > FEDERAL RULES OF CIVIL PROCEDURE > Rule 6. Computing and Extending Time; Time for Motion Papers > 2 FORMS > 2 MOTIONS AND ORDERS FOR ENLARGEMENT OF TIME

## Form No. 6:20 *Motion for Extension of Time to File Responsive* Pleading[1]

_____ [name of attorney]
_____ [name of firm]
_____ [street address]
_____ [phone number]
_____ [fax number]
_____ [e-mail address]
_____ [state bar i.d. number]

Attorneys for _____ [name of party]

UNITED STATES DISTRICT COURT
_____ District of _____

| | |
|---|---|
| Justin T. O'Quinn<br>[Name of plaintiff],<br>Plaintiff<br>vs.<br>Laura Kelly, et al<br>[Name of defendant],<br>Defendant | No. _____<br>MOTION FOR EXTENSION OF TIME TO PLEAD<br>(*Fed. R. Civ. P. 6(b)(1)*) |

**Relief Sought**

Justin O'Quinn [Name of moving party], Plaintiff [defendant *or* plaintiff *or* cross-defendant *or* third party defendant] moves this court for an extension of time to file a responsive pleading to the Order to Show Cause [complaint *or* other pleading] served on him [him *or* her *or* it] on 05/05/2023 [date of service] until 08/14/2023 [date of extension sought].[2]

**Grounds for Relief**

_____

---

[1] This form was adapted from papers filed in *Hughes v. United States, 383 F. Supp. 1071 (S.D. Iowa 1973)*, furnished courtesy of Paul A. Zoss, Office of United States Attorney, Des Moines, Iowa.

[2] This form contemplates that the motion is made before the time to file a responsive pleading expires. See *Fed. R. Civ. P. 12(a)*. If the motion is made after the time to file a responsive pleading, there may be a default or even a default judgment that will have to be set aside.

1 Bender's Federal Practice Forms Form No. 6:20

This delay is necessary in order to <u>Amend Complaint</u> [*specify grounds for delay, e.g.,* conduct a preliminary investigation of the allegations in the pleading so that a meaningful response may be made].

### [*Optional provision. Stipulation sought before motion made*]

Prior to the making of this motion, counsel for _____ [*name of moving party*] attempted to secure a stipulation to the extension of time sought, but counsel for _____ [*name of other party*] refused to stipulate to an extension of time.[3]

There have been no previous extensions of time obtained from _____ [*name of other party*] or granted by the court.[4]

### Supporting Papers

This motion is based on the pleadings and papers on file in this action, this motion, and the affidavit of _____ [*add, if appropriate:*, as well as the attached Notice of Motion, the accompanying memorandum of points and authorities, and whatever evidence and argument is presented at the hearing of this motion].

Dated: _____

_____ [*firm name*]

By: _____ [*signature*]
_____ [*typed name*]

_____ [*address*]

_____ [*phone number*]

_____ [*e-mail address*]

Attorneys for _____

Bender's Federal Practice Forms
Copyright 2023, Matthew Bender & Company, Inc., a member of the LexisNexis Group.

---

**End of Document**

---

[3] Many local rules require an attempt at stipulation or some other accommodation before a request may be made from the court. These rules are modeled on the provision that requires certification that the parties have met and conferred in good faith to resolve discovery disputes prior to making motions to compel and for sanctions. See *Fed. R. Civ. P. 37(a)(1)*.

[4] Many local rules require that the moving party inform the court of extensions already obtained. This is, of course, the best practice even when no rule compels it.