Robert E. Wasinger, #15352
Legal Counsel, Department of Corrections
Ellsworth Correctional Facility
P.O. Box 107
Ellsworth, Kansas 67439
(785)877-6657

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JUSTIN TYLER O'QUINN # 104815 )<br>Plaintiff )<br>vs. )<br>)<br>)<br>LAURA KELLY, et al. )<br>Defendants )<br>_____) | Case No. 23-3117-JWL |

### MOTION FOR EXTENSION OF TIME TO FILE *MARTINEZ* REPORT

**COMES NOW**, the Kansas Department of Corrections (KDOC) as an interested party, through Counsel Robert E. Wasinger, and moves this Court for an order extending the time to file the *Martinez* Report ordered by the Court in this matter. In support of this motion, KDOC states as follows:

1. This is counsels first extension to prepare the *Martinez* Report.

2. The Court initially ordered said report be prepared on or before October 10, 2023.

3. Due to press of other Departments business, counsel requires additional time to prepare the report,

4. Counsel is requesting a thirty (30) day extension to November 9, 2023, to complete the *Martinez* Report in this matter. The interest of justice will be served by

granting this extension in that counsel will be able to provide meaningful information to the Court to assist in the resolution of the cause.

5. Counsel has not consulted with the *pro se* plaintiff before filing this motion.

**WHEREFORE,** the KDOC respectfully requests a thirty (30) day extension, or until November 9, 2023, to file the *Martinez* report ordered in this cause.

/s/ Robert E. Wasinger
Robert E. Wasinger, #15352
Legal Counsel, Department of Corrections
Ellsworth Correctional Facility
P.O. Box 107
Ellsworth, Kansas 67439
(785)877-6657
Bob.wasinger@ks.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of October, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Kansas Attorney General
120 SW 10th Ave., #2
Topeka, Kansas 66612

I hereby certify that a true and correct copy of the above foregoing was placed in the United States Mail, first class postage prepaid, on this 5th day of October, 2023, for delivery to:

Justin Tyler O'Quinn # 104815
Norton Correctional Facility
P.O. 546
Norton, Kansas 67654-3389

/s/ Robert E. Wasinger
Robert E. Wasinger, #15352