FILED
FEB 20 2024
Clerk, U.S. District Court
By: _____ Deputy Clerk

To whom it may concern, 23-3117

My name is Justin T. O'Quinn #104815 and I'm currently an Inmate housed at Winfield Correctional Facility.

I'm writing to you in regards to my change of Address from Norton Correctional Facility to Winfield Correctional Facility. Please send all foregoing mail to Winfield Correctional Facility, 1806 Pinecrest Circle, Winfield, Kansas 67156.

Thank you for your time in regards to this matter.

Respectfully Submitted: Justin T. O'Quinn
                                                    # 104815

02/15/2024