

**Exhibit A**

# Locating a resident

by Nancy Burghart — last modified May 25, 2023 11:07 AM

**How do I know where a resident is housed?**

You may check a resident's location and status on the Kansas Adult Supervised Population Electronic Repository (KASPER) located on the KDOC's website. Information is updated daily, excluding weekends.

KASPER is a database which contains information about offenders sentenced to the custody of the Secretary of Corrections since 1980. KASPER contains information regarding those who are: currently incarcerated; under post-incarceration supervision; and, who have been discharged from a sentence. KASPER does not have information available about inmates sent to Kansas under the provisions of the interstate compact agreement.

The information contained in KASPER is public information under provisions of Kansas statute and is made available to the public and law enforcement in the interest of public safety. No names are removed from the database unless a conviction is removed from the public record by one of three ways: one, if the conviction is overturned by means of an appeal; two, if the conviction is expunged; or three, if an offender is granted executive clemency.

Through KASPER you can find:

- Name and KDOC Registration Number;
- Physical description (date of birth, height, weight, hair and eye color, body markings, including photograph);
- Conviction description (crime(s) of conviction, county, case number);
- Anticipated release date;
- Inmate housing location (current location and facility movements, including movement dates, location of parole office maintaining supervision);
- Custody or supervision level (Whether an offender has been released to post-incarceration supervision (parole, conditional release, post-release supervision, compact probation or parole); and,
- Institutional disciplinary record (violations for which offender was found guilty).

Please note that release dates may change and are contingent upon good time and program credit earnings and forfeitures.

Specific questions regarding an inmate's release date should be directed to the KDOC's sentence computation unit at (785) 296-3317 or by e-mail.

___

## Names

| Name Type | Name |
|---|---|
| Conviction | OQUINN, JUSTIN T |
| True | OQUINN, JUSTIN TYLER |
| Alias | QUINN, JUSTIN O |
| Alias | OQUINN, JUSTIN |
| Alias | O QUINN, JUSTIN T |
| Alias | O'QUINN, |



(/kasper/search/image?kdocNumber=0104815&imageNumber=1)

**OQUINN, JUSTIN T**

**Approx Picture Date**

2020-03-04

## Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | May 14, 1989 | 34 |

## Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Brown | Black | 5'-11" | 224 | Male | White |

## Current Status reported by Dept. of Corrections

Work or Program Participation   Not Working

Earliest Possible Release Date (1)   Jul 06, 2025

Current Status   Incarcerated

Admission Date   May 31, 2023

Current Location (2)   **Winfield CF** ( http://www.doc.ks.gov/facilities/wcf )

Custody Level   MIN Minimum

**(1) This date could be affected by a parole board decision or good time and/or program credit.**

**(2) Click on Location for the Facility web site.**

## Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Sedgwick | 11CR2794 | Aug 31, 2010 | Jan 15, 2013 | N/A | Aggravated Indecent Solicitation of a child | 1 | Non Drug-Grid Severity Level 5 | Active | KS |
| Sedgwick | 11CR2794 | Aug 31, 2010 | Jan 15, 2013 | N/A | Aggravated Indecent Solicitation of a child | 1 | Non Drug-Grid Severity Level 5 | Active | KS |
| Sedgwick | 16CR194 | Dec 01, 2015 | Feb 01, 2017 | N/A | Violtn of the KS Offndr Registration Act 1st cnv | 1 | Non Drug-Grid Severity Level 6 | Active | KS |
| Sedgwick | 22CR1985 | Mar 01, 2022 | May 03, 2023 | N/A | Violtn of the KS Offndr Registration Act 2nd cnv | 1 | Non Drug-Grid Severity Level 5 | Active | KS |

(I) If Number includes  JV  : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

## KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| Winfield CF | Feb 14, 2024 | Inter-Facility Movement |
| Hutchinson CF-Central | Feb 13, 2024 | Inter-Facility Movement |
| Norton CF-Central | Jul 03, 2023 | Inter-Facility Movement |
| El Dorado CF-RDU | May 31, 2023 | Parole Viol. New Sentence |
| Sedgwick County | Dec 30, 2022 | DOC Warrant Issued |
| Sedgwick County | Dec 29, 2022 | DOC Warrant Issued |

| Location | Movement Date | Movement Reason |
|---|---|---|
| Unknown or N/A | Jan 17, 2022 | Absconded |
| Sedgwick County | Jan 04, 2022 | DOC War. Wthdrwn Supervsn I/S |
| Sedgwick County | Jan 04, 2022 | Intra-parole/CR |
| Sedgwick County | Dec 21, 2021 | DOC Warrant Issued |
| Unknown or N/A | Dec 03, 2021 | Absconded |
| Sedgwick County | Oct 19, 2021 | DOC War. Wthdrwn Supervsn I/S |
| Sedgwick County | Oct 19, 2021 | Intra-parole/CR |
| Sedgwick County | Sep 22, 2021 | DOC Warrant Issued |
| Sedgwick County | Sep 22, 2021 | DOC Warrant Issued |
| Sedgwick County | Mar 10, 2020 | In-State Post Release |
| Norton CF-Central | Jul 11, 2017 | Inter-Facility Movement |
| Hutchinson CF-Central | Jun 01, 2017 | Inter-Facility Movement |
| Hutchinson CF-East | Apr 26, 2017 | Inter-Facility Movement |
| Hutchinson CF-Central | Apr 24, 2017 | Inter-Facility Movement |
| El Dorado CF-RDU | Feb 08, 2017 | Parole Viol. New Sentence |
| Sedgwick County | Feb 02, 2016 | DOC Warrant Issued |
| Unknown or N/A | Oct 23, 2015 | Absconded |
| Sedgwick County | Jun 26, 2015 | In-State Post Release |
| Lansing CF-Central | Jun 10, 2015 | Inter-Facility Movement |
| Lansing CF-East | Mar 12, 2015 | Inter-Facility Movement |
| Lansing CF-Central | Mar 11, 2015 | Inter-Facility Movement |
| Lansing CF-East | Feb 13, 2015 | Inter-Facility Movement |
| Lansing CF-Central | Feb 12, 2015 | Inter-Facility Movement |
| Lansing CF-East | Sep 08, 2014 | Inter-Facility Movement |
| Lansing CF-Central | Sep 07, 2014 | Inter-Facility Movement |
| Lansing CF-East | Nov 05, 2013 | Inter-Facility Movement |
| Larned Correctional Mental Health Facility | Mar 14, 2013 | Inter-Facility Movement |

| Location | Movement Date | Movement Reason |
|---|---|---|
| Hutchinson CF-Central | Mar 11, 2013 | Inter-Facility Movement |
| El Dorado CF-RDU | Jan 30, 2013 | New Court Commitment |

## KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|---|---|---|---|
| Jul 31, 2023 | 2 | Norton Correctional Facility - Central | Unauthorized Dealing or Trade |
| Oct 06, 2019 | 1 | Norton Correctional Facility - Central | Theft |
| Oct 06, 2019 | 1 | Norton Correctional Facility - Central | Dangerous Contraband |
| Sep 24, 2019 | 2 | Norton Correctional Facility - Central | Less Dangerous Contraband |
| Sep 16, 2019 | 2 | Norton Correctional Facility - Central | Lying |
| Sep 16, 2019 | 2 | Norton Correctional Facility - Central | Restr Area/Unauth Presence |
| May 05, 2019 | 2 | Norton Correctional Facility - Central | Less Dangerous Contraband |
| Feb 18, 2019 | 2 | Norton Correctional Facility - Central | Less Dangerous Contraband |
| Dec 20, 2018 | 3 | Norton Correctional Facility - Central | Violation of Published Orders |
| Oct 18, 2018 | 1 | Norton Correctional Facility - Central | Tobacco Contraband Possession |
| Oct 18, 2018 | 2 | Norton Correctional Facility - Central | Less Dangerous Contraband |
| Oct 17, 2018 | 1 | Norton Correctional Facility - Central | Dangerous Contraband |
| Oct 17, 2018 | 2 | Norton Correctional Facility - Central | Less Dangerous Contraband |
| Oct 17, 2018 | 1 | Norton Correctional Facility - Central | Disobeying Orders |
| Oct 17, 2018 | 1 | Norton Correctional Facility - Central | Threaten or Intim Any Person |
| Apr 30, 2018 | 2 | Norton Correctional Facility - Central | Work Performance |
| Nov 17, 2017 | 2 | Norton Correctional Facility - Central | Unauthorized Dealing or Trade |
| Mar 13, 2015 | 1 | Lansing Correctional Facility - East | Disobeying Orders |
| Feb 24, 2015 | 2 | Lansing Correctional Facility - Central | Work Performance |
| Feb 15, 2015 | 3 | Lansing Correctional Facility - East | Rest Area/Unauth Presence |
| Dec 21, 2014 | 2 | Lansing Correctional Facility - East | Restr Area/Unauth Presence |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Dec 04, 2014 | 1 | Lansing Correctional Facility - East | Disobeying Orders |
| Dec 04, 2014 | 1 | Lansing Correctional Facility - East | Tobacco Contraband Possession |
| Oct 16, 2014 | 2 | Lansing Correctional Facility - East | Restr Area/Unauth Presence |
| Aug 08, 2014 | 1 | Lansing Correctional Facility - East | Disobeying Orders |
| Aug 08, 2014 | 2 | Lansing Correctional Facility - East | Restr Area/Unauth Presence |
| Aug 05, 2014 | 1 | Lansing Correctional Facility - East | Theft |
| Mar 04, 2014 | 1 | Lansing Correctional Facility - East | Tobacco Contraband Possession |
| Sep 21, 2013 | 2 | Larned Correctional Mental Health Fac. | Restr Area/Unauth Presence |
| Aug 27, 2013 | 1 | Larned Correctional Mental Health Fac. | Theft |
| Aug 27, 2013 | 2 | Larned Correctional Mental Health Fac. | Work Performance |
| Aug 13, 2013 | 3 | Larned Correctional Mental Health Fac. | Answering Calls or Passes |
| Jul 25, 2013 | 2 | Larned Correctional Mental Health Fac. | Lying |
| Jul 01, 2013 | 2 | Larned Correctional Mental Health Fac. | Taking W/O Permission |
| May 24, 2013 | 2 | Larned Correctional Mental Health Fac. | Less Dangerous Contraband |
| May 20, 2013 | 2 | Larned Correctional Mental Health Fac. | Work Performance |