ELECTRONICALLY FILED
2023 Mar 22 PM 4:34
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2022-CR-001985-FE

**Exhibit B**

## IN THE EIGHTEENTH JUDICIAL DISTRICT
## DISTRICT COURT OF SEDGWICK COUNTY, KANSAS
## CRIMINAL DEPARTMENT

| THE STATE OF KANSAS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 2022CR001985 |
| | ) | |
| JUSTIN T. O'QUINN, | ) | |
| Defendant. | ) | |

### RECORD OF TRIAL OR PLEA

On this 3rd day of March, 2023, this matter comes on for plea. Justin T. O'Quinn, defendant, being present in person and by counsel, James H. Bales, Assistant Sedgwick County Public Defender. State being present by Assistant District Attorney _Tricia Knoll_.

The defendant announces that he pleads GUILTY to:

| Crime | SL-P/NP | Sentencing Range | Max Fine | Post-Release |
|---|---|---|---|---|
| Count 1: Offender Registration Violation | Level 5, Person, Nondrug Grid | 31-136 months | $300,000 | 24 months |

The Court orders a presentence investigation to be made, and schedules sentencing for the _3rd_ day of _May_, 2023, at _1:15 pm_ before the Honorable _Tyler Roush_, Judge of the District Court, Division _24_.

_____
Judge Quentin Pittman, Division 11

Record Taken By _JULIE MACBRA_

ELECTRONICALLY FILED
2023 May 03 PM 2:29
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2022-CR-001985-FE

In the Eighteenth Judicial District
District Court, Criminal Department
Sedgwick County, Kansas

The State of Kansas,
        *Plaintiff*

    vs.

Justin T O'Quinn,
        *Defendant*

**Case Number**
2022-CR-001985-FE

## COMMITMENT

The Sheriff of Sedgwick County, Kansas, is hereby ordered to commit <u>Defendant</u> as follows:

<u>28 months KDOC + 24 months post release</u>

**Dated:** May 3, 2023

_____
**Tyler J Roush, Div. 24**

ELECTRONICALLY FILED
2023 May 12 PM 2:22
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2022-CR-001985-FE



**Court:** Sedgwick County District Court

**Case Number:** 2022-CR-001985-FE

**Case Title:** State of Kansas vs. Justin T O'Quinn

**Type:** 2021 Journal Entry of Judgment

SO ORDERED.

/s/ Honorable Tyler J Roush, District Court Judge

Electronically signed on 2023-05-12 14:21:46    page 1 of 4



JRE/tlj

# IN THE EIGHTEENTH JUDICIAL DISTRICT COURT
# SEDGWICK COUNTY, KANSAS

## 2021 JOURNAL ENTRY OF JUDGMENT

| SECTION I.  CASE IDENTIFYING INFORMATION | **Transaction Number:** |
|---|---|

| **STATE v.  JUSTIN T. O'QUINN**  ☒ Male | **Court O.R.I. Number** | **K.B.I. Number** |
|---|---|---|
| a/k/a: Justin T. O Quinn; Justin T. Oquinn; Justin Tyler Oquinn; Justin Oquinn; Justin O Quinn<br>SSN: XXX-XX-5617<br>ADDRESS: 702 S. Ellis<br>Wichita, KS  67211 | KS087025G | KS00938654 |

| **County** | **Court Case Number** | **Sentencing Judge** | **Sentencing Date** |
|---|---|---|---|
| SEDGWICK | 22CR1985 | TYLER J. ROUSH | 05/03/23 |

| **Defense Counsel:** | ☒ Appointed | Counsel Name:  James H. Bales |
|---|---|---|
| **Type of Proceeding:** | ☒ Guilty Plea | |
| **Date of Conviction:** | 03/22/23 | |
| **Pre-Trial Status of Offender:** | ☒ In Custody | |

| SECTION II.  CRIMINAL HISTORY CLASSIFICATION |
|---|

| **Offender's Overall Criminal History Classification as Found by the Court:** | ☒ D |
|---|---|
| **Objections to Criminal History?**  ☒ Yes    If Yes, By:  ☒ Defendant | |
| **Court's Ruling on Objection:**  ☒ Criminal history was amended. The score was incorrectly reflected in the PSI as C. | |

| SECTION III.  CURRENT CONVICTION INFORMATION |
|---|

**Name of PRIMARY Offense of Conviction:**

OFFENDER REGISTRATION VIOLATION

Count No.: __1__    Date Of Offense: __03/01/22__

| **K.S.A. Title, Section, Subsection(s):** | 2019 Supp. 22-4903(a)(c)(1)(B) and 22-4905(b)(1) |
|---|---|
| **Grade of Offense:** | ☒ Felony, Severity Level __5__    ☒ Person |
| **Offense Category:** | ☒ Nondrug |

**THIS FORM MUST BE ACCOMPANIED BY A COPY OF THE PRESENTENCE INVESTIGATION FORM PURSUANT TO K.S.A. 22-3439 AND A DOCUMENT CONTAINING INFORMATION REQUIRED BY K.S.A 22-3426.**

**Presumptive Sentencing Range:**

Mid  52     High  55     Low  50     ☒ Presumptive Prison
                                      ☒ Special Rule Applies

**SPECIAL RULE APPLICABLE:**     ☒  Yes

☒ 9. Crime Committed While Incarcerated, on Probation, Parole, Conditional Release, or Postrelease Supervision for a Felony.
☒ 46. Offender Registration Act Violation.

## SECTION IV. SENTENCE IMPOSED:

**Guideline Range Imposed:**     ☒ Departure

**Prison Term:**     KDOC  28  months       ☒ Prison sentence imposed.

**Postrelease Supervision Term:**     ☒ 24 months

## SECTION V. DEPARTURE INFORMATION

☒ Defendant's motion for departure granted.

**Type of Departure:**     ☒ Downward Durational

**Reasons Cited As Basis for Departure:**

- The nature of this case is a technical violation.
- Defendant's quick resolution of this case saving the court and State time and money.
- Defendant's agreement to go to prison.
- Defendant's acceptance of responsibility.

## SECTION VI. OTHER CONDITIONS

**Costs Ordered:**

Total Restitution .......................................... $      0.00
Court Costs .................................................. $    195.00
DNA Database Fee * .................................. $      0.00
Witness Fees ............................................... $      0.00
BIDS Attorney Fee   ☒ Waived ............... $      0.00
BIDS Application Fee ................................ $    100.00
Booking/Fingerprint Fee ............................ $     33.00

*- DNA already on file with the KBI.

## SECTION VII. RECAP OF SENTENCE

**Sentence Imposed:**

Total Prison Term (if sentence imposed is to prison):  28  months

**Good Time Credit:**

☒ For each count, the Court pronounced the complete sentence, including the maximum potential good time percentage. [K.S.A. 21-6804(e)(2) and 21-6805(c)(2)]
    ☒ 15%

| |
|---|
| **Postrelease Supervision Term:**   ☒ 24 months |
| **Incarceration Credit:**<br><br>Location                                         Dates in Custody      Number of Days    Awarded/Not Awarded<br>  J     Sedgwick County Jail ...............................12/29/22 to 05/03/23.................125................................................☒ A<br><br>Sentencing Date: 05/03/23 - Total Number of Days of Jail Credit Actually Awarded 125 = Sentence Begins Date: 12/29/22<br><br>Note: From 12/29/22 to 05/03/23, defendant was also held on a KDOC parole violation warrant for 11CR2794 and 16CR194. As this case is consecutive to any other cases, if defendant receives credit for these dates in 11CR2794 and/or 16CR194, defendant is not eligible for duplicate credit for these dates in 22CR1985. |
| **Prior Case(s) to Which the Current Sentence is to Run Concurrent or Consecutive:**<br>Others:  Consecutive to any other cases. |
| **Miscellaneous Provisions:**<br><br>☒   Defendant informed of <u>right to appeal</u> within 14 days of this date.  [K.S.A. 22-3608(c)].<br><br>☒   Defendant informed of potential <u>rights of expungement.</u>  K.S.A. 21-6614(j).<br><br>☒   Defendant informed of the prohibition against possessing a weapon (firearm or knife). K.S.A. 21-6304.<br><br>☒   Defendant must submit specimens of blood or an oral or other biological sample, if not previously submitted, pursuant to <u>K.S.A.  21-2511(c)</u>.<br><br>☒   Defendant has been processed, fingerprinted and palmprinted.  <u>K.S.A. 21-2501(b)</u>.<br><br>☒   Court remands Defendant to custody of Sheriff to await transportation to the custody of the Secretary of Corrections.<br><br>☒   Defendant's financial resources and burden imposed by BIDS application and attorney fees considered by the court pursuant to <u>K.S.A. 22-4513</u> and <u>State v. Robinson,</u> 281 Kan. 538, 132 P.3d 934 (2006). |

## SECTION VIII.  SIGNATURES

The Judge's electronic signature approving this journal entry is affixed on page 1 of this document.

| | |
|---|---|
| Approved via email (05/10/2023) by              May 10, 2023<br>**JUSTIN R. EDWARDS, #20010**                             **Date**<br>**Assistant District Attorney**<br><br>Address:    Sedgwick County Courthouse<br>                  535 North Main<br>                  Wichita, Kansas  67203<br><br>Phone No.:  (316) 660-3600 | Approved via email (05/10/2023) by              May 10, 2023<br>**JAMES H. BALES, #27625**                                **Date**<br>**Attorney For Defendant**<br><br>Address:     604 N. Main, Suite D<br>                   Wichita, Kansas  67203<br><br>Phone No.:    (316) 264-8700 |

2

ELECTRONICALLY FILED
2023 May 31 PM 3:37
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2022-CR-001985-FE

THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS

| | |
|---|---|
| State of Kansas ) ) ) | |
| vs. ) ) | Case Number: __2022-CR-001985-FE__ |
| Justin T O'Quinn ) ) | |

## RETURN OF SERVICE

Sheriff Transportation Return

ELECTRONICALLY FILED
2023 May 12 PM 2:22
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2022-CR-001985-FE




**Court:** Sedgwick County District Court

**Case Number:** 2022-CR-001985-FE

**Case Title:** State of Kansas vs. Justin T O'Quinn

**Type:** 2021 Journal Entry of Judgment

SO ORDERED.

/s/ Honorable Tyler J Roush, District Court Judge

Electronically signed on 2023-05-12 14:21:46   page 1 of 4

---

PRISONER TRANSPORTATION
Rec'd this writ _____ 05-12, 20 23
Served this writ _____ 05-31, 20 23
by arresting the within named
   JUSTIN T O'QUINN
and transporting
From  SCADF
To    EDCF
                   Jeff Easter, Sheriff
EDWARDS D0829 _____, Deputy



JRE/tlj

# IN THE EIGHTEENTH JUDICIAL DISTRICT COURT
# SEDGWICK COUNTY, KANSAS

## 2021 JOURNAL ENTRY OF JUDGMENT

### SECTION I. CASE IDENTIFYING INFORMATION

**Transaction Number:**

**STATE v. JUSTIN T. O'QUINN** ☒ Male
a/k/a: Justin T. O Quinn; Justin T. Oquinn;
Justin Tyler Oquinn; Justin Oquinn; Justin O Quinn
SSN: XXX-XX-5617
ADDRESS: 702 S. Ellis
Wichita, KS 67211

**Court O.R.I. Number:** KS087025G
**K.B.I. Number:** KS00938654

| County | Court Case Number | Sentencing Judge | Sentencing Date |
|---|---|---|---|
| SEDGWICK | 22CR1985 | TYLER J. ROUSH | 05/03/23 |

**Defense Counsel:** ☒ Appointed   Counsel Name: James H. Bales
**Type of Proceeding:** ☒ Guilty Plea
**Date of Conviction:** 03/22/23
**Pre-Trial Status of Offender:** ☒ In Custody

### SECTION II. CRIMINAL HISTORY CLASSIFICATION

**Offender's Overall Criminal History Classification as Found by the Court:** ☒ D

**Objections to Criminal History?** ☒ Yes   If Yes, By: ☒ Defendant
**Court's Ruling on Objection:** ☒ Criminal history was amended. The score was incorrectly reflected in the PSI as C.

### SECTION III. CURRENT CONVICTION INFORMATION

**Name of PRIMARY Offense of Conviction:**
OFFENDER REGISTRATION VIOLATION
Count No.: 1   Date Of Offense: 03/01/22

**K.S.A. Title, Section, Subsection(s):** 2019 Supp. 22-4903(a)(c)(1)(B) and 22-4905(b)(1)

**Grade of Offense:** ☒ Felony, Severity Level 5   ☒ Person
**Offense Category:** ☒ Nondrug

THIS FORM MUST BE ACCOMPANIED BY A COPY OF THE PRESENTENCE INVESTIGATION FORM PURSUANT TO K.S.A. 22-3439 AND A DOCUMENT CONTAINING INFORMATION REQUIRED BY K.S.A 22-3426.

**Presumptive Sentencing Range:**

    Mid __52__      High __55__      Low __50__      ☒ Presumptive Prison
    ☒ Special Rule Applies

**SPECIAL RULE APPLICABLE:**    ☒ Yes

☒ 9. Crime Committed While Incarcerated, on Probation, Parole, Conditional Release, or Postrelease Supervision for a Felony.
☒ 46. Offender Registration Act Violation.

## SECTION IV. SENTENCE IMPOSED:

**Guideline Range Imposed:**    ☒ Departure

**Prison Term:**    KDOC __28__ months      ☒ Prison sentence imposed.

**Postrelease Supervision Term:**    ☒ 24 months

## SECTION V. DEPARTURE INFORMATION

☒ Defendant's motion for departure granted.

**Type of Departure:**    ☒ Downward Durational

**Reasons Cited As Basis for Departure:**

- The nature of this case is a technical violation.
- Defendant's quick resolution of this case saving the court and State time and money.
- Defendant's agreement to go to prison.
- Defendant's acceptance of responsibility.

## SECTION VI. OTHER CONDITIONS

**Costs Ordered:**

| | |
|---|---|
| Total Restitution | $ 0.00 |
| Court Costs | $ 195.00 |
| DNA Database Fee * | $ 0.00 |
| Witness Fees | $ 0.00 |
| BIDS Attorney Fee ☒ Waived | $ 0.00 |
| BIDS Application Fee | $ 100.00 |
| Booking/Fingerprint Fee | $ 33.00 |

*- DNA already on file with the KBI.

## SECTION VII. RECAP OF SENTENCE

**Sentence Imposed:**

    Total Prison Term (if sentence imposed is to prison): __28__ months

**Good Time Credit:**

☒ For each count, the Court pronounced the complete sentence, including the maximum potential good time percentage. [K.S.A. 21-6804(e)(2) and 21-6805(c)(2)]
    ☒ 15%

---

State vs. Justin T. O'Quinn      Page **3** of **4**      Case No. 22CR1985

| **Postrelease Supervision Term:** | ☒ 24 months |

**Incarceration Credit:**

| Location | | Dates in Custody | Number of Days | Awarded/Not Awarded |
|---|---|---|---|---|
| J | Sedgwick County Jail | 12/29/22 to 05/03/23 | 125 | ☒ A |

Sentencing Date: 05/03/23 - Total Number of Days of Jail Credit Actually Awarded  125  = Sentence Begins Date: 12/29/22

Note: From 12/29/22 to 05/03/23, defendant was also held on a KDOC parole violation warrant for 11CR2794 and 16CR194. As this case is consecutive to any other cases, if defendant receives credit for these dates in 11CR2794 and/or 16CR194, defendant is not eligible for duplicate credit for these dates in 22CR1985.

**Prior Case(s) to Which the Current Sentence is to Run Concurrent or Consecutive:**
Others: Consecutive to any other cases.

**Miscellaneous Provisions:**

☒ Defendant informed of right to appeal within 14 days of this date. [K.S.A. 22-3608(c)].

☒ Defendant informed of potential rights of expungement. K.S.A. 21-6614(j).

☒ Defendant informed of the prohibition against possessing a weapon (firearm or knife). K.S.A. 21-6304.

☒ Defendant must submit specimens of blood or an oral or other biological sample, if not previously submitted, pursuant to K.S.A. 21-2511(c).

☒ Defendant has been processed, fingerprinted and palmprinted. K.S.A. 21-2501(b).

☒ Court remands Defendant to custody of Sheriff to await transportation to the custody of the Secretary of Corrections.

☒ Defendant's financial resources and burden imposed by BIDS application and attorney fees considered by the court pursuant to K.S.A. 22-4513 and State v. Robinson, 281 Kan. 538, 132 P.3d 934 (2006).

## SECTION VIII. SIGNATURES

The Judge's electronic signature approving this journal entry is affixed on page 1 of this document.

| Approved via email (05/10/2023) by | May 10, 2023 | Approved via email (05/10/2023) by | May 10, 2023 |
|---|---|---|---|
| **JUSTIN R. EDWARDS, #20010** | Date | **JAMES H. BALES, #27625** | Date |
| **Assistant District Attorney** | | **Attorney For Defendant** | |
| Address: Sedgwick County Courthouse 535 North Main Wichita, Kansas 67203 | | Address: 604 N. Main, Suite D Wichita, Kansas 67203 | |
| Phone No.: (316) 660-3600 | | Phone No.: (316) 264-8700 | |

2