IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Justin T. O'Quinn )
Plaintiff, )
)
V. )  Case No. 23-3117-TC-BGS
Joel Hrabe (Warden) )
Michelle Sullivan (Computation) )
Mark Keating ( Kansas Review Board) )
Defendant's )

MOTION FOR PERMISSION TO
AMEND COMPLAINT
(Pursuant to Federal Rule 15)

COMES NOW Justin O'Quinn, acting Pro se and within his own behalf Requesting permission to amend his complaint under Federal Rule 15, the Plaintiff makes his request for the following reason(s) and proposed changes.

1) The defendant's request for summary judgment, evidnece clearly indicates a need to amend the Plaintiff's complaint in regards to identifying the correct and responsible defendant's.

2) The argument and supporting affidavits relate back to the new defendant's and only capture's their title and positions, The arguments and issues are the same.

3) This the first and only request to amend his complaint/petition.

4) The amendment is within the administration of justice.

WHEREFORE, the plaintiff request permission to amend his complaint/petition and pray that the court will grant permission for the plaintiff to amend his complaint/petition and any other just and equitable relief that the court finds just and reasonable.

I declare under the penalty or perjury that the foregoing is true and correct.

Respectfully Submitted,

_____
Justin O'Quinn 104815
1806 Pinecrest circle
Winfield Ks 67156

## Certificate Of Service

I do hereby certify that a true and correct copy of the Plaintiff's Motion For Permission To Amend Complaint was sent to the Clerk of The United States District Court, _____
_____. By United States Postal Postage prepaid on 13 day of May 2024.

AND: To the ATTORNEY GENERAL OFFICE, on the above and same date.

_____
Justin O'Quinn 104815
1806 Pinecrest Circle
Winfield, Ks 67156

State of Kansas
County of Cowley
Expiration 1-24-2026

THOMAS CALVIN
Notary Public - State of Kansas
My Appt. Expires 1-24-2026