Justin Tyler O'Quinn #104815
Name

1806 Pinecrest Cir.

Winfield, Kansas 67156
Address

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

Justin T. O'Quinn, Plantiff
(Full Name)

V.

Joel Hrabe, Defendant(s)
Michelle Sullivan, Mark Keating

CASE NO. 23-3117-TC-BGS
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

A. JURISDICTION

1) Justin Tyler O'Quinn, is a citizen of Kansas
   (Plaintiff)                                  (State)

   who presently resides at 1806 Pinecrest Cir.
                            (Mailing address or place
   Winfield, Kansas 67156
   of confinement.)

2) Defendant Joel Hrabe is a citizen of
              (Name of first defendant)

   Norton, Kansas, and is employed as
   (City, State)

   Warden of Norton Correctional Facility. At the time the
   (Position and title, if any)

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

   Relevant to this action, Joel Hrabe was the acting
   Warden of Norton Correctional Facility.

XE-2 8/82                   CIVIL RIGHTS COMPLAINT §1983                                   1

3) Defendant **Michelle Sullivan** is a citizen of
   *(Name of second defendant)*

   **Topeka, Kansas**, and is employed as
   *(City, state)*

   **Corrections Manager (KDOC-SCU)**. At the time the
   *(Position and title, if any)*

   claim (s) alleged in this complaint arose was this defendant acting under the color of state

   law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

   Relevant to this action, She is the Corrections Manager for (KDOC) Sentence Computation Unit.

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to
   assert jurisdiction under different or additional statutes, you may list them below.)

   _____

   _____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   On 2-2-2016 I was arrested for violating the Kansas offender Registration Act, I was sentenced on 2-1-2017 to 24-months in (KDOC). In March 2017 (KPRB) revocated the 16-CR-194 sentence for 1 year and i was notified that my 24-month sentence would commence on 10-1-2018. In June 2019 I raised multiple issues about the jail credit that was not applied to my sentence in case no. 16-CR-194. The issue addressed was neglected to be resolved.

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983                                2

Defendant, Mark Keating, is a citizen of Topeka, Kansas, and is employed as Kansas Prisoner Review Board. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒.

If your answer is "Yes" briefly explain:

Relevant to this action, Mark Keating was an acting member of the Kansas Prisoner Review Board.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

   A) (I) Count I: My 8th and 14th amendment rights were violated due to the deprivation of due process, life, liberty without just compensation while subjected to cruel and unusual punishments.

   (2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

   Joel Hrabe was the acting warden within his "Individual Capacity." He was personally served with a writ where plaintiff recieved favorable termination to no avail eg. "Official Capacity" Injunction. The writ executed against the defendant's directed release from the Illegal restraint to no avail.

   B) (I) Count II: Wrongful Incarceration

   (2) Supporting Facts: Michelle Sullivan, was acting within her "Individual Capacity." It was her duty to honor the writ where the plaintiff recieved favorable termination to no avail. "Official Capacity" Injunction. The writ executed against the defendants directed release from the Illegal restraint to no avail.

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

3

C) (1) Count III: <u>Cruel and Unusual punishment</u>

(2) Supporting Facts: <u>Mark Keating was acting within his "Individual Capacity" while acting under the color of state law. It was his duty to honor the writ where plaintiff recieved favorable termination to no avail. "Official Capacity" Injunction. The writ executed against the defendant's directed release from the Illegal restraint to no avail.</u>

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

    b) Name of court and docket number _____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    d) Issues raised _____

4

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

   I filed a grievance under Article 15 of the Inmate Grievance Procedure placing the defendant's mentioned herein on notice.

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

   I am requesting $15,000,000 from the following defendants together and severly. Plaintiff also seeks nominal and compensatory damages.

_____          _____
Signature of Attorney (if any)                Signature of Plaintiff

_____
(Attorney's full address and telephone number)

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983                                    5