# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JUSTIN TYLER O'QUINN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 23-3117-TC-BGS |
| | ) |
| JOEL HRABE, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANT'S MOTION TO STAY ANSWER DEADLINE AND RESPONSE TO PLAINTIFF'S MOTION TO AMEND

Defendant Joel Hrabe respectfully takes no position on Plaintiff Justin Tyler O'Quinn's current Motion for Permission to Amend Complaint (Doc. 39 [hereinafter Motion to Amend]). But, in light of the Motion to Amend, Defendant requests that the Court stay the deadline to file an answer or other response to the current Complaint (Doc. 1 and Doc. 35 at 2) until fourteen days after the Motion to Amend is resolved by the Court. Good cause exists for the requested stay of this deadline because any answer or other response to the current Complaint may become moot if the Motion to Amend is granted. Plaintiff's proposed Amended Complaint also drops some claims (the Fifth-Amendment and Ninth-Amendment claims) against Hrabe. (*Compare* Doc. 1 at 4 *with* Doc. 39-1 at 4.) This Motion is made in good faith and is not presented for the purpose of delay.

For these reasons, Defendant requests that this Court stay the deadline to file an answer or other response to the current Complaint until fourteen days after the Motion to Amend is resolved by the Court, and any further relief this Court deems just and proper.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

<u>*/s/ Matthew L. Shoger*</u>
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of May, 2024, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Natasha Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
Natasha.Carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

Robert E. Wasinger
Kansas Department of Corrections - Ellsworth
P.O. Box 107
Ellsworth, KS 67439
Bob.Wasinger@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above will be served on the 30th day of May, 2024, by means of first-class mail, postage prepaid, addressed to:

Justin Tyler O'Quinn, #104815
Winfield Correctional Facility
1806 Pinecrest Circle
Winfield, KS 67156
*Plaintiff, pro se*

>              */s/ Matthew L. Shoger*
>              Matthew L. Shoger
>              Assistant Attorney General