**In the United States District Court
for the District of Kansas**

———————

Case No. 23-cv-03117-TC-BGS

———————

JUSTIN T. O'QUINN,

*Plaintiff*

v.

JOEL HRABE,
MICHELLE SULLIVAN,
MARK KEATING,

*Defendants*

———————

**NOTICE AND ORDER
TO SHOW CAUSE**

Invoking 42 U.S.C. § 1983, Plaintiff Justin O'Quinn, proceeding pro se, alleges that Defendants Hrabe and Keating deprived him of his Eighth and Fourteenth Amendment rights by misapplying "jail credit" to his sentence. Doc. 46 at 2. He separately raises a "wrongful incarceration" claim against Sullivan. *Id.* at 4. Hrabe, Keating, and Sullivan—the only remaining defendants—filed a joint motion to dismiss. Doc. 48. Under D. Kan. R. 6.1(d)(2), Plaintiff's response was due "21 days after the motion was served," on approximately June 18, 2024, *see* Doc. 48 at 16. More than 30 days have elapsed since filing, but Plaintiff has not responded.

**IT IS THEREFORE ORDERED BY THE COURT THAT** Plaintiff is directed to show cause by August 2, 2024 why the motion to dismiss should not be granted as unopposed.

IT IS SO ORDERED.

Date: July 19, 2024               s/ Toby Crouse
                                               Toby Crouse
                                               United States District Judge

1