IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JUSTIN TYLER O'QUINN,                )
                                      )
        Plaintiff,              )
                                      )
v.                                    )    Case No. 23-3117-TC-BGS
                                      )
JOEL HRABE, *et al.*,                 )
                                      )
        Defendants.            )
                                      )

## DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

Defendants Joel Hrabe, Michelle Sullivan, and Mark Keating ("Defendants") submit this Reply in further support of their Motion to Dismiss (Doc. 48). Defendants assert that Plaintiff Justin Tyler O'Quinn's Response (Doc. 50) fails to overcome their legal arguments. Accordingly, Defendants' Motion should be granted in its entirety. Defendants incorporate herein, as if set forth in full, the arguments and authorities in their Motion. (Doc. 48.) Defendants' Motion should be granted for the reasons previously stated.

O'Quinn's Response does not address any of Defendants' arguments at all. Specifically, O'Quinn does not address Defendants' arguments regarding Eleventh Amendment immunity, failure to allege a physical injury, statutes of limitations, lack of personal participation, qualified immunity, lack of the requisite federal criminal penalty for an unjust-imprisonment claim under federal statutes, lack of the requisite reversal of a conviction and factual innocence for a wrongful-imprisonment claim under Kansas statutes, and that supplemental jurisdiction should be declined due to lack of a sufficient federal claim.

Further, O'Quinn's Response does not dispute the accuracy of any of the matters that Defendants requested the Court take judicial notice of. Not only does O'Quinn not dispute the accuracy of his location history (Doc. 48 at 6, 10-11) or of related court records (Doc. 48 at 6-7,

10), but O'Quinn also directly admits that his release date was March 10, 2020. (Doc. 50 at 6.)

O'Quinn appears to confuse the standard for motions to dismiss with the standard for motions for summary judgment. Under the standard governing motions to dismiss, as discussed in Defendants' Motion, "the sufficiency of a complaint generally rests on its contents alone" with limited exceptions. (*See* Doc. 48 at 3.) Accordingly, none of the exhibits to Defendants' earlier Motion to Dismiss or, in the Alternative, for Summary Judgment (Doc. 32) are before the Court for consideration for purposes of the present Motion. Just as Defendants cannot rely on those exhibits in support of a motion to dismiss under Rule 12, O'Quinn cannot rely on those exhibits in opposition to a motion to dismiss under Rule 12. Rather, O'Quinn's Complaint fails *as a matter of law* on both jurisdictional and failure-to-state-a-claim grounds.

O'Quinn suggests that Defendants are "presenting the same failed arguments / denied motions that have been determined as premature or moot." (Doc. 50 at 4.) But the Court's orders dismissing earlier dispositive motions were issued "without prejudice" on grounds separate from the substance of Defendants' arguments. As the Court declined to reach the substance of Defendants' arguments on the earlier motions (*see* Docs. 35 and 47), Defendants are not precluded from raising similar arguments in the current Motion.

For these reasons and the reasons expressed in Defendants' Motion to Dismiss (Doc. 48), Defendants request that the Court grant their Motion in full.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of August, 2024, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

    Natasha Carter
    Kansas Department of Corrections
    714 SW Jackson, Suite 300
    Topeka, KS 66603
    Natasha.Carter@ks.gov
    *Attorney for Kansas Department of Corrections, Interested Party*

    Robert E. Wasinger
    Kansas Department of Corrections - Ellsworth
    P.O. Box 107
    Ellsworth, KS 67439
    Bob.Wasinger@ks.gov
    *Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above will be served by means of first-class mail, postage prepaid, addressed to:

    Justin Tyler O'Quinn, #104815
    Winfield Correctional Facility
    1806 Pinecrest Circle
    Winfield, KS 67156
    *Plaintiff, pro se*

                                              */s/ Matthew L. Shoger*
                                              Matthew L. Shoger
                                              Assistant Attorney General