**In the United States District Court
for the District of Kansas**

―――――――――

Case No. 23-cv-03117-TC-BGS

―――――――――

JUSTIN T. O'QUINN,

*Pro Se Plaintiff*

v.

JOEL HRABE,
MICHELLE SULLIVAN,
MARK KEATING,

*Defendants*

―――――――――

## ORDER

*Pro Se* Plaintiff, Justin Tyler O'Quinn, has filed a response to the pending motion to dismiss. Doc. 50. As a result, he has shown cause why the pending motion to dismiss, Doc. 48, should not be granted as unopposed. The motion will be resolved in the ordinary course on the merits.

IT IS SO ORDERED.

Date: August 5, 2024            s/ Toby Crouse
                                Toby Crouse
                                United States District Judge

1