CLE[RK]
U.S. DISTRI[CT]
444 SE QUIN[CY]
TOPEKA, KA[NSAS]

OFFICIAL [BUSINESS]

NIXIE            553         42   1         2207/12/25
          RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 66683358799        2083N19313S-0087J

quadient
FIRST-CLASS MAIL
IMI
$002.31
07/01/2025 ZIP 66683
043M31223333

Sender
☐ Other: Released
07/03/2025

Case No. 23-3117-TC-BGS
Docs. # 57+58

FILED
JUL 15 2025
Clerk, U.S. District Court
By: _____ Deputy Clerk

Justin Tyler O'Quinn
104815
WINFIELD Correctional Facility
1806 Pinecrest Circle
Winfield, KS 67156

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE INMATE